# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-1395
Lower Tribunal No. 2017-CA-004161-O
_____

COPIERS PLUS OF CENTRAL FLORIDA, INC., FRANK ALEXANDER, PAUL BROWN, and LARRY FALLUCCA,

Appellants,

v.

REEVES INDUSTRIES, INC. d/b/a REEVES SUPPLY, OLIVIAN BROWN, and MAUREEN FALLUCCA,

Appellees.

_____

Appeal from the Circuit Court for Orange County.
Thomas D. Sawaya and John E. Jordan, Judges.

December 5, 2023

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WOZNIAK and WHITE, JJ., concur.


Jerry Girley, of The Girley Law Firm, P.A., Orlando, for Appellants.

Neil A. Saydah, of the Saydah Law Firm, Oviedo, for Appellee, Reeves Industries, Inc. d/b/a Reeves Supply.

No Appearance for Appellees, Olivian Brown and Maureen Fallucca.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED